# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-1817

H&T Fair Hills, Ltd., on behalf of themselves and all others similarly situated, et al.

Appellees

v.

Alliance Pipeline L.P., also known as Alliance USA

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:19-cv-01095-JNE)

---

**MANDATE**

In accordance with the opinion and judgment of August 10, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 06, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit